UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR-13-00238 CW |
|---|---|---|
| Plaintiff, | ) | |
| | ) | [PROPOSED] ORDER GRANTING STIPULATED REQUEST TO RESET MOTION SETTING DATE AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| v. | ) | |
| | ) | |
| SHELBY STAMPS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The parties jointly requested that the hearing in this matter be reset for motion setting on September 9, 2013, and that time be excluded under the Speedy Trial Act between August 19, 2013 and September 9, 2013 to allow for the effective preparation of counsel, taking into account the exercise of due diligence. The defense is obtaining all discovery, is engaged in analysis of the evidence, and is performing investigation. Accordingly, the Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial. Good cause appearing therefor, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv),

**IT IS HEREBY ORDERED** that this matter is set for motion setting on September 9, 2013 at 2:00 p.m., and that time between August 19, 2013 and September 9, 2013 is excluded under the Speedy Trial Act to allow for the effective preparation of counsel, taking into account the exercise of due diligence.

DATED: 8/15/2013

Hon. Claudia Wilken
Chief United States District Judge

STIP. REQ. TO RESET HEARING DATE AND TO EXCLUDE TIME
No. CR-13-00238 CW